UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH FITCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  4:05CV01796 AGF |
| | ) | |
| FERRY INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's unopposed motion to compel discovery is **GRANTED**.  [Doc. #13]

**IT IS FURTHER ORDERED** that Plaintiff shall respond to Defendant's interrogatories and request for production of documents served on October 13, 2005, on or before March 23, 2006.  Failure to comply with this Order shall subject Plaintiff to sanctions, which may include dismissal of this action for failure to prosecute.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of March, 2006.