UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH FITCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV01796 AGF |
| | ) | |
| FERRY INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on the joint motion of the parties to amend the Case Management Order [Doc. #25], filed on January 31, 2007. Although the Court is willing to allow a brief extension of the deadlines referenced by the parties, the dates proposed by the parties do not leave the Court with sufficient time to rule on any case dispositive motions prior to the trial date. Moreover, the Court notes that in December, 2006, when the Court continued the trial setting based on a conflict with the Court's own calendar, the parties should already have complied with most of the deadlines they now seek to extend.

Accordingly,

**IT IS HEREBY ORDERED** that the joint motion of the parties to amend the Case Management Order, [Doc. #25] is **Granted in part and Denied in part**, as follows:

a. Plaintiff shall disclose all expert witnesses and provide expert reports required by Rule 26(a)(2) no later than February 7, 2007, and shall make expert witnesses available for depositions, and have depositions completed by February 28, 2007.

b. Defendant shall disclose all expert witnesses and provide expert reports required by Rule 26(a)(2) no later than March 12, 2007, and shall make expert witnesses available for depositions, and have depositions completed by April 2, 2007.

c. The mediation conference shall be concluded by April 9, 2007.[1]

d. Any motions to dismiss, motions for summary judgment, and motions for judgment on the pleadings, as well as any motions under <u>Daubert</u>, shall be filed by April 11, 2007. Responses shall be filed by May 1, 2007, and any reply shall be filed by May 11, 2007.

e. The trial date shall remain as scheduled on July 16, 2007.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of February, 2007.

---

[1] The Court has extended the ADR deadlines several times in this case, and in the Order dated August 28, 2006, noted that no further extensions of this deadline would be granted. The parties are cautioned that any failure to complete the mediation conference by the April 9, 2007 deadline set herein may result in the imposition of sanctions.